**Connie RHODES, Captain, M.D., F.S., Plaintiff,**

**Dr. Orly Taitz, Interested Party–Appellant,**

v.

**Thomas D. MacDONALD, Colonel, Garrison Commander, Fort Benning, George Steuber, Deputy, Commander, Fort Benning, Robert M. Gates, Secretary of Defense, Barack Hussein Obama, Defendants–Appellees.**

No. 09–15418
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 15, 2010.

Jonathan Harris Levy, Hilton Head, SC, for Interested Party–Appellant.

Eric Fleisig–Greene, Washington, DC, for Defendants–Appellees.

Before TJOFLAT, CARNES and KRAVITCH, Circuit Judges.

**PER CURIAM:**

Orly Taitz appeals the district court's imposition of a monetary sanction against her in the sum of $20,000 pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure. Taitz argues that (1) the district court was required to recuse after she challenged the procedure the court was employing to determine whether to sanction her under Rule 11 and (2), assuming that recusal was not required, the court failed to afford her the due process Rule 11(c)(3) requires.

We have fully considered Taitz's arguments. We find them unpersuasive and therefore affirm the district court's sanctions judgment.

AFFIRMED.